# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.

RAYMOND FRANCIS

Magistrate No.____24-1039____


    The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

    IT IS on this ____2nd____ day of _____May_____, 2024

    ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.


               /s/ Andrea D. Bergman_____
               HONORABLE ANDREA D. BERGMAN
               UNITED STATES MAGISTRATE JUDGE